# PIERRE PIERRE LAW, P.C.

| | |
|---|---|
| NEW YORK OFFICE: | FLORIDA OFFICE: |
| 15 Park Pl. | 1451 W Cypress Creek Road |
| 2nd fl., Ste 4 | Suite 300 |
| Bronxville, NY 10708 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ***mail all correspondence* | |

May 6, 2026

Honorable Valerie Figueredo                    **Letter Motion:**
United States Magistrate Judge                 **Extension of Time Request**
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re: Domingo Escolastico Rodriguez v. Comm'r of SSA  1:26-cv-00894-VF**

Dear Honorable Judge Figueredo:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's brief is due on May 6, 2026. Due to in influx in CAR filings, Plaintiff has not been able to timely prepare the brief in this matter. Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be adjourned 60 days, until July 6, 2026. No previous request for an extension has been made in this case. The Defendant has given consent, and the parties further proposed the following schedule for all future filings:

- Plaintiff's brief shall be filed by July 6, 2026;
- Defendant's brief shall be filed by September 4, 2026; and
- Plaintiff's reply shall be filed by September 25, 2026.
.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff

(646) 992-8383
(718) 504-6962 fax

Cc:  Jonathan King, Esq.   (Via ECF)
        Attorney for Defendant.

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: May 7, 2026

The proposed schedule is hereby ADOPTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 10.